## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MICHAEL FOULKES, *individually and*
*on behalf of all others similarly situated*,

        Plaintiff,

v.

CHEGG, INC.,

        Defendant.

_____/

**Case No. 1:23-cv-23993-RKA**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Foulkes, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.  All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are dismissed <u>without</u> prejudice.

DATED:  December 28, 2023

Respectfully submitted,

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
Florida Bar No. 030380
401 E. Las Olas Boulevard Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713