UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23993-ALTMAN/Reid

**MICHAEL FOULKES**, *et al.*,

    *Plaintiffs*,

*v.*

**CHEGG, INC.**,

    *Defendant*.

_____/

## ORDER

The Plaintiffs have filed a Notice of Voluntary Dismissal [ECF No. 9] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED without prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on December 28, 2023.



_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record